UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Donna M. Martin,<br>Attorney at Law, Bar No. 1414 | Case No. 2:22-ms-00080<br>ORDER OF SUSPENSION |

On December 12, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail. The OSC was returned from the United States Postal Service ("USPS") marked "Forward Time Expired - Return to Sender" and remailed to the address provided by USPS on December 22, 2022. However, the OSC provided Ms. Martin with 30 days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Donna M. Martin. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Donna M. Martin, Bar No. 1414, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 15th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 22nd day of March 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Donna M. Martin
>90 Mount Lewis Dr.
>Battle Mtn., NV 89820-2372

Certified Mail No.: 7020 3160 0000 7420 3081

>/s/ Sharon H.
>Deputy Clerk
>United States District Court
>District of Nevada